IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:11-cv-00326 |
| DANNY R. BRUCE and ERMA J. BRUCE, | ) |
| Defendants. | ) |

## JUDGMENT

The Court having considered the United States' motion for entry of default judgment and supporting memorandum; any opposition thereto; and the Court being fully advised, it is hereby

ORDERED AND ADJUDGED that Danny and Erma Bruce are precluded from preventing the sale of the real property located at Lot 2, Ogle Road, Gatlinburg, Tennessee, and from asserting any defenses in this case; and further

ORDERED AND ADJUDGED that Erma Bruce has no interest in the real property located at Lot 2, Ogle Road, Gatlinburg, Tennessee, and thus no claim to the proceeds from the sale of that real property.

DATE: 3/21/12

Thomas N. Phillips
United States District Judge

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT